## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| HORNBLOWER MARINE SERVICES - | ) |
| KENTUCKY, INC., | ) Case No. 06- |
| | ) |
| Debtor. | ) |
| | ) |

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FED. R. BANKR. P. 1007(a)(1)

Hornblower Marine Services – Kentucky, Inc. (the "*Debtor*"), by and through its undersigned counsel, hereby files this Corporate Disclosure Statement and represents as follows:

1.     The Debtor is a Delaware corporation that is a wholly owned subsidiary of Hornblower Marine Services, Inc.

2.     There is no other corporation that owns ten percent (10%) or more of any class of the Debtor's equity interests.

Dated: March 8, 2006        **BLANK ROME LLP**

Bonnie Glantz Fatell (DE No. 3809)
Mark J. Packel (DE No. 4048)
Elio Battista, Jr. (DE No. 3814)
1201 Market Street, Suite 800
Wilmington, DE   19801
Telephone:     (302) 425-6400
Facsimile:     (302) 425-6464

*Counsel for Hornblower Marine Services, Inc.*

810800.00013/40160434v.1