# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HORNBLOWER MARINE SERVICES - | ) | Case No. 06-10210 (MFW) |
| KENTUCKY, INC., | ) | |
| | ) | Re: D.I. No. _____ |
| Debtor. | ) | |
| | ) | |

## ORDER

**AND NOW**, upon consideration of the Motion of Louisville/Jefferson County Metro Government For Relief From the Automatic Stay ("Motion"), filed herein for relief from the automatic stay to permit Louisville/Jefferson County Metro Government to amend the Complaint to name the Debtor's parent company, Hornblower Marine Services, Inc., a defendant in such action, and thereafter to pursue the action solely against the parent company. The Court having considered and heard the evidence and argument of counsel.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT** the Louisville/Jefferson County Metro Government be granted relief from the Stay in order to permit it amend the Complaint to name the Debtor's parent company, Hornblower Marine Services, Inc., a defendant in such action, and thereafter to pursue the action solely against the parent company.

Dated: Wilmington, Delaware
       May 5, 2006

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

Document No. 53432